

March 28, 2024

**VIA ECF**
Hon. Jennifer L. Rochon, District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York, NY 10007

      Re:    Lopez v. 85 First Ave LLC et al
             Case No. 1:24-cv-00533-JLR

Dear Hon. Rochon:

      This firm is counsel to Defendant 85 First Ave LLC in the above-captioned litigation. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an extension of Defendant's time to Answer or otherwise move with respect to Plaintiff's Complaint until April 30, 2024. Defendant's response to the Complaint was due on March 8, 2024, which this Court *sua sponte* extended to March 14, 2024. We request said extension due to recently being retained in this matter, as well as anticipating settling this matter prior to the requested extension. Plaintiff's counsel consents to the request for an extension. There have been no previous requests for an extension.

      We thank you for your consideration of this matter.

                                      Respectfully,

                                      */s/ Robert J. Ontell*
                                      Robert J. Ontell