MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**April 10, 2024**

Honorable Jennifer L. Rochon
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

    *Re:    Samuel Lopez v. 85 First Ave llc, et al.*
    *Civil Action No.: 1:24-cv-00533-JLR*
    *Notice of Settlement - Report In RE: The Court's March 19, 2024 Order [DE#11]*

Dear Honorable Judge Rochon,

    We represent Plaintiff in the above-styled action.

    Pursuant to the the Court's January 29, 2024 Scheduling Order and March 19, 2024 Order [DE#11], the Parties file this letter as a current case status. Paramount, the Parties have been diligently pursuing negotiations, and just recently have reached a Settlement in Principle, and thereon, in light of the agreement, the Parties would requests an additional thirty "30" days time to file a Final Stipulation, permitting the parties to finalize the drafting and other procedures therewith.

    Thereon, the Plaintiff and Defendants Jointly request an extension of time (30 days) to file the Stipulation of Dismissal in this civil action.

    Thank you for your time and attention in considering this request.

                                              Most Respectfully,
                                              /s/ Maria-Costanza Barducci
                                              BARDUCCI LAW FIRM
                                              PLLC

                                              Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only